UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00425

**Michael D. Starr,**
*Plaintiff,*

v.

**City of Palestine, Texas,**
*Defendant.*

# ORDER

Plaintiff Michael D. Starr filed this action under 42 U.S.C. § 1983 alleging violations of his constitutional rights. Doc. 1. The case is referred to a magistrate judge pursuant to 28 U.S.C. § 636(b).

On January 2, 2025, the magistrate judge issued a report and recommendation that the complaint be dismissed with prejudice for failure to state a claim. Doc. 8. Plaintiff received the report on January 13, 2025. Doc. 9. He has not filed written objections, and the time for doing so has passed.

When no party objects to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court dismisses this action with prejudice for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). Any pending motions are denied as moot.

*So ordered by the court on July 18, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -