UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00425

**Michael D. Starr,**
*Plaintiff,*

v.

**City of Palestine, Texas,**
*Defendant.*

# FINAL JUDGMENT

The court, having rendered its decision by separate order, hereby enters judgment that plaintiff's lawsuit is dismissed with prejudice. The clerk of court is directed to close this case.

*So ordered by the court on July 18, 2025.*

_____
J. CAMPBELL BARKER
United States District Judge